UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                          Case No. 21-cr-20329
                                          Hon. Paul D. Borman

BRANDI HAWKINS,

      Defendant.
_____

## ORDER GRANTING DEFENDANT ADDITIONAL TIME FOR SELF SURRENDER

     This matter having come before the Court on the stipulation of the parties and this Court having fully considered the same and finding that good cause exists to grant the Defendant additional time for self-surrender to U.S, Marshals Custody, currently set for February 9, 2022;

     IT IS ORDERED that the Defendant shall have an additional 60 days from the date of February 9, 2022 at 12:00 noon and her new self-surrender date will be on April 9, 2022, at 12:00 noon, unless notified otherwise by the U.S. Bureau of Prisons.

    Dated:  January 24, 2022                    s/Paul D. Borman
                                                            Paul D. Borman
                                                             United States District Judge