RECEIVED

JUN - 1 2022

PAUL D. BORMAN
U.S. DISTRICT JUDGE

5-26-2022

I am writing this letter with great concerns for the health of my unborn child and I. My name is Brandi Hawkins, I am currently incarcerated in Alderson WV, at the prison camp. I am currently pregnant, I was designated for this camp for RDAP, which at this camp they say I do not qualify for. I am currently asking to be placed at home are on home confinement or a closer camp. This camp has not been knowledgable with this pregnancy. They currently do not have a OBGYN on campus. Still to this date they do not have a due date for me and I have been here going on two months. They currently have been cut on their food budget, they were giving me a pregnant snack and stopped. They have stated that is not a requirement, which is not true. If not allowed to go home I am asking if I may go to a M.I.N.T. program closer to home. Thank-you for taking the time to read my letter. Can you please respond to this letter if can.

Thank-You
Brandi Hawkins