RECEIVED

Case # 21-20329

SEP 13 2022

PAUL D. BORMAN
U.S. DISTRICT JUDGE

Dear Your Honorable Judge Borman, 9-6-2022

I hope this letter finds you in good health and spirit. My name is Brandi Hawkins, I am currently in Alderson Prison Camp. I have wrote you several times and have never recieved a response. I have been here going on 5 months, no incident reports. I was trying to get my restitution waved until I got back home or lowered to 25 dollars please.

Your Honor I have 6 children at home and one on the way. Please take in consideration that I will make all my future and have made my current payments on time. It is hard with six children at home and one on it's way.

Please take the time and write me back!

Respectfully
Brandi Hawkins

FILED
SEP 15 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

Brandi Hawkins 82408-509 B-3
Alderson Federal Prison Camp
P.O. Box A
Alderson WV 24910

Honorable Paul D. Borman
231 W Lafayette Blvd
Det Mich 48226

48226-279990

