UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.	Case No. 21-cr-20329
    District Judge Paul D. Borman

BRANDI HAWKINS,

    Defendant.
_____/

## RESPONSE TO LETTERS RECEIVED FROM DEFENDANT REGARDING BUREAU OF PRISONS FINANCIAL RESPONSIBILITY PROGRAM

Defendant Brandi Hawkins is currently incarcerated at FCI Alderson, West Virginia. Her out date is May 21, 2026.

Defendant signed up for the Bureau of Prisons Inmate Financial Responsibility Program on April 22, 2022.

Any issues with regard to this program must be filed within the Federal Bureau of Prisons.

DATED: September 20, 2022    s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Two Page Attachment

```
                                                    PAGE NO: 001
                        INMATE FINANCIAL PLAN

REGISTER NUMBER: 52408-509
INMATE NAME....: HAWKINS, BRANDI
FACILITY.......: ALDERSON FPC
```

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S) INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO TERMINATE.

PAYMENT METHOD...:  AMT/PCT: 25   FREQ: QU   ORIGIN: TF
START CYCLE......: 06-2022
INMATE DECISION..: AG
OBLIGATION NUMBER: 1  2  __ __ __ __ __ __ __ __ __ __
                   __ __ __ __ __ __ __ __ __ __ __ __

INMATE SIGNATURE.......: *Brandi Hawkins*   DT SIGNED: 4-20-2022

STAFF WITNESS SIGNATURE: *S. Lee*           DT SIGNED: 4-20-2022

*Key*
*4-26*

```
                           INMATE FINANCIAL PLAN           PAGE NO: 002  OF 002

REGISTER NUMBER: 52408-509
INMATE NAME....: HAWKINS, BRANDI
FACILITY.......: ALDERSON FPC

- - - - - - - - - - - - - FINANCIAL OBLIGATIONS OWED - - - - - - - - - - - - -
OBLG   OBLIGATION TYPE                    BALANCE      PAYABLE      COJ
  1 ASSESSMENT USDC                        100.00      IMMEDIATE    FMIE
  2 RESTITUTION FEDERAL VICTIM USDC    3793186.00      IMMEDIATE    FMIE
```