6

United States District Court
Eastern District of Michigan
Case No. 0645  2:21CR20329 (1)

United States of America
-v-
Brandi Hawkins


FILED
SEP 30 2022
CLERK'S OFFICE
DETROIT

Motion For Reconsideration 18 U.S.C. 3742(e)
Post Sentencing Rehabilitation Programming

Comes Now, the defendant, in ProSe, requesting a reduction of Sentence pursuant to 18 U.S.C. 3742(e) post Sentencing Rehabilitation. The defendant has been incarcerated at FPC Alderson Federal Camp since April 9th, 2022 and during this time she has earned a total of 7 Certificates for Programming. Pursuant to 18 U.S.C. 3742(e) the defendant could be considered for a reduction of Sentence per Pepper -v- United States, Supreme Court 131 S.Ct. 1229, 179 L Ed 2d 196 (2011) U.S. Lexis 1902 argued December 6, 2010 decided March 2nd, 2011.

The downward variance was based on Pepper's lack of history of violence and Pepper's Post Sentencing Rehabilitation, as with US-v-Booker, Supreme Court 160 L.Ed.2d 621, 125 S.Ct. 736 (2005), 18. U.S.C. 3742(e) Gall-v- United States 552 U.S. 38, 128 S. Ct. 586, 169 L.Ed. 2d 445 (2007) Lexis 13083 argued October 2, 2007, decided December 10th 2007. An Inmate Terrie L. Burns-v- United States (4th Cir) July 16, 2012 received a 30-Month Sentence reduction for Programming at FPC Alderson Federal Camp. A Sentence reduction based on Post Conviction Rehabilitation can hardly be said to be inconsistent with the policies underlying an award of good time credit under 18 U.S.C. 3624(b) because the two serve distinctly different interests. An Award of good time credit by the Federal Bureau of Prisons (BOP) does not affect the length of Court imposed Sentence, rather, it is an administrative reward to provide an incentive for prisoners to comply with institutional disciplinary

Page 3

regulations. Such credits may be "Revoked" at any time before the date a prisoner is due to be Released. 18 U.S.C. 3624(b)(2) In Contrast, a Court's imposition of a reduced Sentence based on post Sentencing rehabilitation changes the very terms of imprisonment and recognizes that the defendant's Conduct Since her initial Sentencing Warrants less Severe Criminal Punishment. Once imposed, a Sentence may be Modified only in very limited Circumstances 18 U.S.C. 3582(c). Instead, the difference between the two is reflected most obviously in the fact that the Federal Bureau of Prisons (BoP) has "NO" Authority to award Good time credit, where the defendants good behavior occurs after a Sentence has "Already" been Served.

Wherefore, the defendant asks this Court on all Premises Mentioned above and in the Most Humble Manner Possible to Consider that the defendant is Currently 7 Months

Page 4

Pregnant, To Consider the defendants Unborn Child Whom she Will have to depart With after birth, The defendants 6 other Minor Children Whom are living with the defendants eldery Mother, Which 3 of the Minor Children have born disabilities and that Makes it very difficult to Care for the Children With the Mothers own illnesses and elements. The Defendant Asks this Honorable Court to accept her Certificates for programming and issue an Order, Granting the defendant a reduction of Sentence based on the foregoing.

Respectfully Submitted,
Brandi Hawkins

9/22/22

### Certificate of Service,

I, Brandi Hawkins Certifies I have Served a Copy of this Motion on the Clerk of Court ED of Michigan. The defendant asks a Copy of this Motion be Sent to All interested parties via CM/ECF System. The defendant is detained, indigent and has No other Means.

Done this 22nd Date of Sept. 2022
Respectfully Submitted,
Brandi Hawkins

Brandi Hawkins
#52408-509
FPC Alderson Federal Camp
P.O. Box A
Alderson, WV 24910

